**United States District Court**
**Violation Notice** (Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| 0552 | 9722767 | KELLER R. | 2755 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 07/15/2020 0748 | 15USC38CFR1.218ab(38) |

Place of Offense: VAMC DAYTON BUILDING 330

Offense Description: Factual Basis for Charge  HAZMAT ☐
INTRODUCTION OR POSSESSION OF EXPLOSIVES OR EXPLOSIVE DEVICES WHICH FIRE A PROJECTILE, AMMUNITION, OR COMBUSTIBLES.
6 Live Rounds .380

**DEFENDANT INFORMATION**

Last Name: HARRISON  First: MARK
Street Address: 5.
State: OH
Drivers License No: Q...
6'651"
☒Adult ☐Juvenile  Sex ☒Male ☐Female  Hair: BRO  Eyes: BL  Ht: 5  Wt: 171

**VEHICLE**

**A** ☒ APPEARANCE IS REQUIRED - If Box A is checked, you must appear in court. See instructions.

**B** ☐ APPEARANCE IS OPTIONAL - If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ ___ Forfeiture Amount
+ $30 Processing Fee
$ ___ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
If no court appearance date is shown, you will be notified of your appearance date by mail.

X Defendant Signature: Mark N Harrison

Original - CVB Copy
*9722767*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 15th, 20 20 while exercising my duties as a law enforcement officer in the Southern District of OHIO

The defendant did posses a loaded with 6 rounds of live ammunition in the magazine (but not chambered) Taurus PT738 380 ACP Handgun. The Defendant gave it to me with the purpose of safekeeping inside building 330 (main hospital) at police dispatch.

Also see IR 552200400 USDUN 9722767

The foregoing statement is based upon:

[X] my personal observation  [ ] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[X] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/15/2020  _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on July 15th, 20 20 while exercising my duties as a law enforcement officer in the Southern District of OHIO

The defendant did posses a loaded with 6 rounds of live ammunition in the magazine (but not chambered) Taurus PT738 380 ACP Handgun. The Defendant gave it to me with the purpose of safekeeping inside building 330 (main hospital) at police dispatch.

Also see IR 552200400 USDUN 9722766

The foregoing statement is based upon:

[X] my personal observation  [ ] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[X] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____  _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident

55220940

**UNITED STATES DISTRCT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

## NOTICE TO APPEAR

| VIOLATION NUMBER | LOCATION CODE | DATE OF VIOLATION NOTICE |
|---|---|---|
| 972276 6 | OS52 | 07/15/2020 |
| 972276 7 | 0552 | 07/15/2020 |

You are notified that you must appear and respond to this violation at the following address on the date circled below:

**Federal Building**
**200 West Second Street**
**Fifth Floor, Courtroom 4**
**Dayton, Ohio 45402**

In calendar year 2020, court will be held on the following dates. You **must** appear on the date circled below:

January 30, 2020 at 2:30 pm
February 27, 2020 at 2:30 pm
March 26, 2020 at 2:30 pm
April 30, 2020 at 2:30 pm
May 28, 2020 at 2:30 pm
June 18, 2020 at 2:30 pm
July 30, 2020 at 2:30 pm
August 27, 2020 at 2:30 pm
September 24, 2020 at 2:30 pm
(October 29, 2020 at 2:30 pm)
November 19, 2020 at 2:30 pm
December 17, 2020 at 2:30 pm

**FAILURE TO APPEAR AS REQUIRED ON THE DATE AND TIME ABOVE MAY RESULT IN THE ISSUANCE OF A WARRANT FOR YOUR ARREST**

Defendant's Signature: _Mark A. Harrison_    7-15-20